Civil-Trial (Dec-2008)

HONORABLE: _____
DEPUTY CLERK _____   RPTR/ECRO/TAPE _____
TOTAL TIME: _____ hours _____ minutes
DATE: _____ START TIME: _____ END TIME: _____
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. _____

===============================

_____                    _____
                                                    Plaintiff's Counsel
            vs

_____                    _____
                                                    Defendant's Counsel
===============================

## CIVIL JURY/COURT TRIAL

☐ ………… Jury of _____ Report ☐ Jury sworn
☐ ………… Jury Trial held ☐ Jury Trial continued until _____ at _____
☐ ………… Court Trial held ☐ Court Trial continued until _____ at _____
☐ ………… Court Trial concluded ☐ DECISION REVERSED ☐ SEE page 2 for verdict
☐ …..# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …… Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …… Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …… Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …… Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …… _____ ☐ filed ☐ docketed
☐ …… _____ ☐ filed ☐ docketed
☐ …… _____ ☐ filed ☐ docketed
☐ …… _____ ☐ filed ☐ docketed
☐ …… _____ ☐ filed ☐ docketed
☐ ………… Plaintiff(s) rests ☐ Defense rests
☐ ………… Briefs(s) due _____ ☐ Pla _____ ☐ Defendant _____ ☐ Reply _____
☐ ………… ☐ Summation held ☐ Court's Charge to the Jury
☐ ………… All full exhibits, ☐ Verdict form handed to Jury ☐ Interrogatories to the jury handed to jury
☐ ………… Jury commences deliberations at _____
☐ ………… Court orders Jury to be fed at Govt. Expense (bill w/copy to Jury Clerk)
☐ ………… SEE attached
☐ ………… COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ……… Court declares MISTRIAL

☐ ……… Verdict Form filed

☐ ……… VERDICT: _____

_____

_____

_____

_____

☐ ……… Court accepts verdict and orders verdict verified and recorded

☐ ……… Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____